UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

Chapter 7
Case No: 08-20121

In re:

Richard and Colleen Van Epps

Debtor(s).

**STIPULATION AND ORDER TO COMPEL TURNOVER OF DOCUMENTS, FUNDS, AND/OR ASSETS AND TO REVOKE DEBTOR(S) DISCHARGE UNDER 11 U.S.C. §727 UPON FAILURE TO COMPLY**

The Trustee and the Debtor(s) hereby agree that certain funds, assets, and documents have not been provided to the Trustee as of the date of this Stipulation.

The debtor(s) shall turn over to the Trustee: Appraisal on home; Insurance on vehicle; Copy of 2007 tax returns; Statements on remaining Summit accounts; Turnover of $2650; Payoff on home mortgage on or before 3/27/08.

The debtor(s) attorney and the debtor(s) hereby agree that failure of Debtor(s) to turnover to the Trustee all of the above on or before the date stated shall result in the revocation of the Debtor(s) discharge.

_____ 2/26/08        _____ 2/26/08
Trustee              Date              Debtor(s) Attorney        Date

                                       _____ 2/26/08
                                       Debtor                    Date

                                       _____ 2/26/08
                                       Debtor                    Date

**SO ORDERED.**

_____                 HONORABLE JOHN C. NINFO, II
Dated                                  UNITED STATES BANKRUPTCY JUDGE